UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                         Case No.     5:91-cr-14-Oc-10GRJ

JEFFREY NAPOLEON WALDON
_____/

**ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE**

A period of supervised release, as a criminal sanction, is one of the components of a punitive sentence designed in part to serve the interests of retribution and general as well as specific deterrence in addition to the social goal of reintroducing the Defendant into society as a law abiding person. Ordinarily, therefore, the mere fact that a Defendant has adjusted well and has complied with the terms and conditions of supervised release affords no justification for early termination; some special hardship should be shown that has the effect of rendering the sentence more punitive or more onerous than contemplated by the Court at the time of imposition. No such hardship has been shown in this case. If the Defendant's lawful occupation requires modification of restrictions on his travel, the Probation Officer is free to adjust or remove those restrictions as necessary.

It follows, upon due consideration, that the Defendant's request for early termination (Doc. 296) should be and is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 23rd day of August, 2005.

UNITED STATES DISTRICT JUDGE

Copy to:     Jeffrey Napoleon Waldon
             Counsel of Record
             United States Probation